FILE COPY



**Court of Appeals**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 30, 2015

David A. Pearson
DAVID A. PEARSON, P.L.L.C.
222 W. Exchange, Ste. 103
Fort Worth, TX 76164
* DELIVERED VIA E-MAIL *

Debra Ann Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Michael D. Thomas
TDCJ-ID 01998859
Byrd Unit
21 FM 247
Huntsville, TX 77320

**RE:**    Case Numbers:  07-15-00257-CR, 07-15-00258-CR
Trial Court Case Numbers: 1370095D, 1370096D

**Style:**  Michael D. Thomas aka Michael Thomas v. The State of Texas

Dear Counsel and Mr. Thomas:

The Court this day issued an opinion and judgment in the captioned causes.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Wayne F. Salvant (DELIVERED VIA E-MAIL)
Administrative Judge (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)